[No. 12330-7-II.   Division Two.   January 16, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL J. MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 87-1-01151-8, Barbara D. Johnson, J., entered September 26, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Worswick, J.

[No. 11876-9-II.   Division Two.   January 16, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTOPHER SCOTT MYERS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-8-00506-6, Karen B. Conoley, J., entered February 19, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 12457-2-II.   Division Two.   January 16, 1990.]

*In the Matter of the Detention of*
KEITH BROWN.

JOSEPH LLOYD, ET AL, *Respondents*, v. KEITH BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 20755, Bruce Cohoe, J., entered November 4, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.